# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tiffany Sutton**,

    vs.                           **CASE NUMBER: 5:08-CV-410**
                                                        (DNH/GHL)

**City of Syracuse and Stephen Bear**.

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the complaint in the above entitled action is hereby dismissed with prejudice on the merits in accordance with the jury's verdict of no cause for action on behalf of plaintiff against defendants and Order of the Honorable David N. Hurd in open Court on October 22nd, 2009 at Utica, New York.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 23 day of October, 2009.

DATED: October 23, 2009

                                                        Clerk of Court

                                                       /s/
                                                       Craig B. Minor
                                                       Deputy Clerk

Entered on Docket on 10/23/2009 by se