UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TIFFANY SUTTON,

                Plaintiff,

  -v-                                              5:08-CV-410

CITY OF SYRACUSE & STEPHEN BEAR, in
his individual and official capacity,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on December 21, 2009, in Utica, New York, it is hereby

ORDERED that plaintiff's motion for a new trial pursuant to Federal Rule of Civil Procedure 59 is DENIED and the original bill of costs is STRICKEN.

In accordance with this decision, the Clerk of the Court is directed to enter an amended bill of costs in the amount of $3,098.70 on behalf of the defendants against plaintiff.

IT IS SO ORDERED.

                                                                   United States District Judge

Dated: December 21, 2009
       Utica, New York